# UNITED STATES DISTRICT COURT
для
Northern District of Indiana

CELINA INSURANCE GROUP

      Plaintiff

v.

                                      Civil Action No. 1:23-cv-237

JERRY MICHAEL

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____ % plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Default Judgment is ENTERED against defendant Jerry Michael. The Court DECLARES that Michael is barred from seeking a judicial declaration that: (1) the Policy issued by Celina to Michael provides uninsured motorist coverage for claims arising from the Accident; and (2) Celina is legally obligated to provide coverage for any claim arising from the Accident.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Holly A. Brady on an Amended Motion for Default Judgment by Plaintiff Celina Insurance Group.

DATE: 7/1/2024                                 CHANDA J. BERTA, CLERK OF COURT

                                                      by  s/ M. Murray_____
                                                      *Signature of Clerk or Deputy Clerk*